# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**EDWARD L. JACKSON, SR.,**

        **Petitioner,**

    **-v-**                                **Case No. 05-C-663**

**WILLIAM POLLARD,**

        **Respondent.**

## DECISION AND ORDER

On June 21, 2005, the petitioner, Edward Jackson, Sr. ("Jackson"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The respondent filed his answer on November 10, 2005.

On January 6, 2006, Jackson filed a motion to voluntary dismiss his current petition, conceding that he filed his petition outside the one year limitation period for filing a federal habeas petition. The Court grants Jackson's motion to voluntary dismiss his petition because his petition was untimely filed.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**

Jackson's "Motion to Voluntarily Dismiss Habeas Action" (Docket No. 13) is **GRANTED.**

Jackson's Petition for a Writ of Habeas Corpus (Docket No. 1) is **DISMISSED**.

The clerk is directed to enter judgment and close this case accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of January, 2006.

        SO ORDERED,

        s/ Rudolph T. Randa

        **HON. RUDOLPH T. RANDA**
        Chief Judge