# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**EDWARD L. JACKSON, SR.,**

    Petitioner,

  V.            CASE NUMBER: **05-C-663**

**WILLIAM POLLARD,**

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED **that Edward L. Jackson, Sr.'s motion to voluntarily dismiss his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is GRANTED. This action is hereby DISMISSED.**

| | |
|---|---|
|   January 31, 2006 |  SOFRON B. NEDILSKY |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |